# 5:25-CV-018-H

JAN 28 2025 AM 8:19
FILED - USDC - NDTX - LU

To whom may concern,

Yea my Name is Paul Angel Quintero reg #07666-509, Case No: 5:20-CR-073-H-BV-1. I'm requesting information on the First Step Act "New" regulations as of January 2025? And any thing I can do to get my FTC's. I have been clear conduct my whole sentence, over 15 programs complete, including "the Brave" "AA" "Drug Ed" "Anger Management" And "Victum impact". I have a year FTC's and with my FSA I could be home right now, BUT I have been denied my credit's because the "FBOP" says I can't apply my credits with a medium recidivism!? Can you send some clarification on the First Step Act as of 2025, is it true everyone who is eligible for FSA can get the FTC applied even a high or medium recidivism? IF so what can I do And or file to Apply my FTC's because the BOP is not trying to help me. My Proj Rel date is 5-31-26, my FTC will make it 5-31-25 with out halfway house. Please can I get some help,



Paul Quintero #06666-509
Federal Correction Institute
37910 N. 45th Ave
Phoenix Az. 85086

PHOENIX AZ 852
23 JAN 2025 PM 8 L

K. Mitchell/Clerk
Northern District Court
of Texas
1205 Texas Ave, Room 206
Lubbock Texas, 79401

RECEIVED
JAN 28 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS